UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD HENRY VISOR,<br><br>　　　　Defendant. | Case No. 21-cr-00119-CRB-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

　　IT IS HEREBY ORDERED THAT Richard Henry Visor shall be released from the custody of the United States Marshal on **Thursday, December 9, 2021 at 7:00 AM** to be transported by probation or UBER directly to Healthright 360 detox program.

　　**IT IS SO ORDERED.**

Dated:  December 7, 2021

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge