AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **JUDGMENT IN A CRIMINAL CASE** |
| ) | (For **Revocation** of Supervised Release) |
| **v.** ) | |
| Richard Henry Visor ) | USDC Case Number:  CR-21-00119-001 CRB |
| ) | BOP Case Number:  DCAN321CR00119-001 |
| ) | USM Number:  36845-013 |
| ) | Defendant's Attorney:  Elizabeth Falk |

**THE DEFENDANT:**

☑ admitted to Charge(s): <u>One, Three, Four, Seven, Nine, and Eleven</u> of the Petition for Warrant filed on <u>November 3, 2022</u>.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure of RRC Placement | September 10, 2021 |
| Three | Possession of a Controlled Substance | November 2, 2021 |
| Four | Failed to Participate in Residential Treatment | December 14, 2021 |
| Seven | Failure of RRC Placement | April 14, 2022 |
| Nine | New Law Violation | October 7, 2021 |
| Eleven | Possession of a Controlled Substance | September 9, 2022 |

The defendant is sentenced as provided in pages 2 through <u> 2 </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charge <u>Two, Five, Six, Eight, and Ten</u> is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>7588</u>

Defendant's Year of Birth: <u>1980</u>

City and State of Defendant's Residence:
<u>San Francisco, California</u>

4/6/2026
Date of Imposition of Judgment

Signature of Judge
The Honorable  Charles R. Breyer

Name & Title of Judge

April 6, 2026
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Richard Henry Visor                                                      Judgment - Page 2 of 2
CASE NUMBER:  CR-21-00119-001 CRB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
         60 months with no supervision to follow.

☑    The Court makes the following recommendations to the Bureau of Prisons: RDAP and request placement at FCI Bastrop.

☑    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
       Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in
       the Clerk's Office.

☐    The defendant shall surrender to the United States Marshal for this district:

       ☐    at _____  ☐ am  ☐ pm   on _____ (no later than 2:00 pm).

       ☐    as notified by the United States Marshal.

       The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
       returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐    at _____  ☐ am  ☐ pm   on _____ (no later than 2:00 pm).

       ☐    as notified by the United States Marshal.

       ☐    as notified by the Probation or Pretrial Services Office.

       The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
       returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:


       Defendant delivered on _____ to _____ at

       _____ , with a certified copy of this judgment.



                                                                          _____
                                                                                    UNITED STATES MARSHAL

                                                              By  _____
                                                                              DEPUTY UNITED STATES MARSHAL



**No supervised release to follow.**